

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Carlitos Ricardo Parias,<br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-06539<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __the Defendant__, IT IS ORDERED that a detention hearing is set for __10/31/2025__, ____, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __J. Choolijan__, in Courtroom __640__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __10/27/2025__

U.S. ~~District Judge~~/Magistrate Judge